```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 36600
    BRENDA I MARTINEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3429

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/04/2004 and was confirmed 12/30/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  16.08% from remaining funds.

     The case was paid in full 10/19/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
 GREAT LAKES CREDIT UNION  SECURED             4700.00        523.57        4700.00
 GREAT LAKES CREDIT UNION  UNSECURED            569.26           .00          91.52
 CHASE FREEDOM             UNSECURED          NOT FILED          .00            .00
 MRC RECEIVABLE CORP       UNSECURED             711.00          .00         114.31
 NORTHWEST MED FAC FUND    UNSECURED          NOT FILED          .00            .00
 PINNACLE CREDIT SERVICES  UNSECURED            2335.29          .00         375.44
 ROUNDUP FUNDING LLC       UNSECURED             366.88          .00          58.98
 RETAILERS NATIONAL BANK-  NOTICE ONLY        NOT FILED          .00            .00
 CAVALRY PORTFOLIO SERVIC  UNSECURED             529.83          .00          85.18
 SPRINT                    NOTICE ONLY        NOT FILED          .00            .00
 JENNIFER A BLANC DOUGE    DEBTOR ATTY         1,950.00                     1,950.00
 TOM VAUGHN                TRUSTEE                                            453.00
 DEBTOR REFUND             REFUND                                              52.54

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                     8,404.54

 PRIORITY                                            .00
 SECURED                                        4,700.00
     INTEREST                                     523.57
 UNSECURED                                        725.43
 ADMINISTRATIVE                                 1,950.00
 TRUSTEE COMPENSATION                             453.00
 DEBTOR REFUND                                     52.54
                          ---------------    ---------------
 TOTALS                       8,404.54           8,404.54
```

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 36600 BRENDA I MARTINEZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |